540 A.2d 1364

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Arthur DELINKO.**

Supreme Court of Pennsylvania.

Argued May 12, 1988.

Decided May 17, 1988.

Robert A. Graci, Chief Deputy Atty. Gen., for appellant.

Richard A. Sprague, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

74

ORDER

PER CURIAM:

Order affirmed.